# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 153-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| BUFORD SMITH, | ) |
| | ) |
| Defendant. | ) |

Pending before the Court is the Motion to Seal the Government's Response to Defendant's Motion to Suppress [# 24]. The Government's motion fails to set forth a "statement indicating why sealing is necessary and why there are no alternatives to filing under seal." LCrR 49.1.1(a) (incorporating LCvR 6.1(c)(2)).

In light of the presumption that pleadings in this Court will be filed unsealed, the Court has thoroughly reviewed both the motion and attached exhibits. The Government's response does not contain any sensitive materials or materials that if unsealed could pose a potential harm to Defendant or others. The attached exhibits, however, contain sensitive materials, including personally identifying information.

Therefore, the Court **GRANTS** the motion in part and **DENIES** the motion in part [# 24]. The Government's response to the motion to suppress shall not be sealed. The attached exhibits to the Government's response to the motion to suppress shall be SEALED.

Signed: March 12, 2018

Dennis L. Howell
United States Magistrate Judge