IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUFORD SMITH, | ) | No. 1:17 cr 153-1 |
| | ) | |
| Defendant, | ) | |
| | ) | |
| & | ) | |
| | ) | |
| CECILIA BELLE BRADLEY, | ) | No. 1:17 cr 153-2 |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendants' Request for an Evidentiary Hearing [# 22]. The Court will hear the Defendants' Motion to Suppress at **9:00 AM, April 3, 2018, in Courtroom 2**.

Signed: March 14, 2018

Dennis L. Howell
United States Magistrate Judge